Koorosh K. Shahrokh, Esq. (Bar No. 224335)
**NATIONAL CHOICE LAWYERS**
19727 Ventura Blvd., Suite B
Woodland Hills, California 91346
Telephone: (818)-996-7301
Facsimile: (818)-996-7302
Mr.K@nationalchoicelawyers.com

Attorney for Yingmin Tan, and Jianpeng Jiang

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
_____ DIVISION – _____

| | |
|---|---|
| YINGMIN TAN, and JIANPENG JIANG, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.:   3:26-cv-00401 <br><br> Judge: <br> Department: <br><br> **COMPLAINT** |

**INTRODUCTION**

1. This is a civil action that seeks monetary damages against Defendant United States of America through the U.S. Department of Health & Human Services for acts of negligence against Plaintiff committed by AUDREY SUE-MATSUMOTO, M.D. ("Dr. Sue-Matsumoto") while acting in the course and scope of her duties as an employee of Defendant Unites States of America through the U.S. Department of Health & Human Services.

///

## JURISDICTION

2. D.J. ("Decedent D.J.") wss a resident of the State of California.

3. Plaintiff YINGMIN TAN ("Plaintiff Tan") is a resident of the State of California.

4. Plaintiff JIANPENG JIANG ("Plaintiff Jiang") is a resident of the State of California.

5. The matter in controversy exceeds the sum of $75,000.00, exclusive of costs.

6. Defendant UNITED STATES OF AMERICA, ("Defendant United States of America") is a federal government entity, form unknown that governs or controls the U.S. Department of Health & Human Services.

7. Plaintiffs are informed and believe, and thereon allege, that North East Medical Services is a medical facility or service that received federal funding from Defendant Unites States of America through the U.S. Department of Health & Human Services.

8. Plaintiff is informed and believes, and thereon alleges, that Dr. Sue-Matsumoto was at all material times a resident of the State of California and an employee of North East Medical Services.

9. On or about May 7, 2025, Decedent D.J., Plaintiff Tan, and Plaintiff Jiang sent Federal Form 95 claim forms (the "Claim Forms") to Defendant United States Department of Health and Human Services, located at 200 Independence Avenue SW, Washington, D.C. 20201. The Claim Forms were received by the Defendant United States Department of Health and Human Services and more than 6 months has elapsed since the Claim Forms served without any action being taken by the Defendant. As a result, Plaintiffs are now permitted to file her lawsuit in Federal Court.

10. The Court has jurisdiction under 28 U.S.C. §1332.

11. The Court also has jurisdiction as provided under Federal *Tort Claims Act* (FTCA) 42 U.S.C. 42 U.S.C. § 233(c).

12. Plaintiff alleges negligence in the performance of medical treatment.

## PARTIES

13. Plaintiffs are residents of the city of San Francisco, State of California, and the United States of America.

14. Defendant United States of America, at all times relevant hereto, received federal funding, such funding organized under the laws of the United States.

15. Plaintiffs are informed and believe, and thereon allege, that North East Medical Services and Dr. Sue-Matsumoto received funding from, or were remunerated by, Defendant United States of America, for the provision of medical care.

## COUNT I

## NEGLIGENCE OF DEFENDANTS

16. Plaintiff repeats, re-alleges, and incorporates by reference the allegations contained in paragraphs 1 through 15 above with the same force and effect as if herein set forth.

17. On or about July 18, 2024, Plaintiff Tan went to California Pacific Medical Center to deliver Decedent D.J..

18. The procedure was performed by Dr. Sue-Matsumoto of North East Medical Services at California Pacific Medical Center.

19. During delivery, but prior to birth, Decedent D.J. suffered from heart decelerations, fetal tachycardia, and bradycardia.

20. Decedent D.J. eventually had to be delivered with forceps.

21. Decedent D.J. was born pale, floppy, and without any spontaneous breathing or reactive movement.

22. On or about July 25, 2024, Decedent D.J. passed away.

23. Dr. Sue-Matsumoto was negligent in her failure to provide proper or sufficient medical care to Decedent D.J. and Tan, causing injury.

24. Plaintiffs Tan and Jiang suffered severe emotional distress due to the loss of Decedent D.J..

25. Plaintiffs Tan and Jiang sue for the wrongful death of Decedent D.J.

26. WHEREFORE, Plaintiff Tan prays for damages against the Defendant United States of America in a sum of money in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ($75,000.00), to wit $1,000,000.00, plus her costs of this action and any other such other relief to be deemed just and equitable.

///

## COUNT II

### *RESPONDEAT SUPERIOR* LIABILITY OF DEFENDANT UNITED STATES OF AMERICA

27. Plaintiff repeats and re-alleges, and incorporates by reference, the allegations contained in paragraphs 1 through 23 above with the same force and effect as if herein set forth.

28. At all material times when providing medical care to Decedent D.J. and Tan, Defendant Dr. Sue-Matsumoto was acting within the scope of her employment with North East Medical Services, funded by Defendant United States of America.

29. The negligence of Defendant Dr. Sue-Matsumoto caused Plaintiffs to experience great pain, injury, and suffering.

30. WHEREFORE, Plaintiff prays for damages against the Defendant United States of America, based on the negligent actions of Defendant Dr. Sue-Matsumoto, in a sum of money in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ($75,000.00), to wit $1,000,000.00, plus her costs of this action and any other such other relief to be deemed just and equitable.

Respectfully submitted,					**Plaintiffs Yingmin Tan, and Jianpeng Jiang**
							By their Attorney,

DATED: January 15, 2026				_____
							**Koorosh K. Shahrokh, Esq.**
							**NATIONAL CHOICE LAWYERS**